[No. 2395-2.  Division Two.  August 23, 1977.]

THE STATE OF WASHINGTON, *Respondent,* v. DAVID WALLACE, *Appellant.*

Appeal from a judgment of the Superior Court for Kitsap County, No. C–2327, Robert J. Bryan, J., entered April 20, 1976. *Affirmed* by unpublished opinion per Petrie, C.J., concurred in by Pearson and Reed, JJ.

[No. 1949-3.  Division Three.  August 24, 1977.]

THE STATE OF WASHINGTON, *Respondent,* v. DONALD DWAYNE YOUNGBLOOD, *Appellant.*

Appeal from a judgment of the Superior Court for Benton County, No. 4234, Albert J. Yencopal, J., entered March 29, 1976. *Affirmed* by unpublished opinion per Faris, J. Pro Tem., concurred in by Green and McInturff, JJ.

[No. 2111-3.  Division Three.  August 24, 1977.]

THE STATE OF WASHINGTON, *Respondent,* v. WILLIAM HARRISON JOHNSON, *Appellant.*

Appeal from a judgment of the Superior Court for Spokane County, No. 24614, Donald N. Olson, J., entered August 26, 1976. *Affirmed* by unpublished opinion per Hanson, J. Pro Tem., concurred in by Munson, C.J., and Green, J.